UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE MEDICAL, et al.,<br><br>    Defendants. | No. 2:15-cv-0747 DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges that the water at "Tracy Medical" was contaminated, which posed a dangerous risk to his immune system as an AIDS patient. (ECF No. 1 at 3.) Plaintiff also alleged that defendant Lopez, a correctional officer was responsible for plaintiff's housing assignment on the third tier, which posed a dangerous risk to plaintiff because he has pins and screws in his left knee and took psychiatric medication. (Id. at 2.)

On November 6, 2017 the court screened the complaint and dismissed it with leave to amend because plaintiff's allegations were too vague and conclusory to determine whether this action is frivolous or fails to state a claim. (ECF No. 15.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint could result in dismissal. The November 6, 2017 order was returned as undeliverable and since that time plaintiff has failed to update his address in accordance with Local Rule 183(b).

Plaintiff has not filed an amended complaint, updated his address, notified the court that he is dismissing this action, or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so the court may recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: March 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil Rights/hick0747.osc