1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN HICKS,                          No.  2:15-cv-0747 DB P

12                  Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   STATE MEDICAL, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. § 1983.  On September 21, 2018, the court screened plaintiff's complaint,

19   dismissed it with leave to amend, and directed plaintiff to file an amended complaint within thirty

20   days.  (ECF No. 15.)  Plaintiff has not filed an amended complaint, updated his address, notified

21   the court that he is dismissing this action, or otherwise responded to the court's orders.

22        By order dated March 6, 2018, plaintiff was ordered to show cause, within fourteen days,

23   why this action should not be dismissed.  (ECF No. 16.)  The fourteen day period has now

24   expired, and plaintiff has not shown cause or otherwise responded to the court's order.

25   Accordingly, the court will direct the clerk of the court to assign a district judge and recommend

26   that this action be dismissed for failure to comply with a court order.

27        IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign this action

28   to a district judge.

                                          1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 2, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil Rights/hick0747.fsc.dism